```
                    ___ FILED    ___ ENTERED
                    ___ LODGED   ___ RECEIVED
                       APR   4 2007    DJ
                            AT SEATTLE
                       CLERK U.S. DISTRICT COURT
                    WESTERN DISTRICT OF WASHINGTON
                 BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

ELIZABETH C. ANDULAN, and
ARRIZ C. ANDULAN,

        Plaintiffs,

v.

CITY OF SEATTLE; SGT. JAMES K. DYMENT; SGT. LARRY W. BROTHERTON,

        Defendants.

NO. CV7 500 C

COMPLAINT FOR DAMAGES FOR VIOLATION OF CIVIL RIGHTS



07-CV-00500-CMP

Plaintiffs Elizabeth C. Andulan and Arriz C. Andulan, by and through their attorneys MacDonald Hoague & Bayless, claim as follows:

## I. NATURE OF ACTION

1.1   This is an action for damages for violation of the Fourth Amendment to the United States Constitution and 42 U.S.C. § 1983.

## II. PARTIES

2.1   Plaintiff Elizabeth C. Andulan was at all times relevant hereto a resident of Seattle, King County, Washington.

COMPLAINT - 1
8686 l\andulan\p\complaint

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604 Fax 206.343.3961

2.2     Plaintiff Arriz C. Andulan was at all times relevant hereto a resident of Seattle, King County, Washington.

2.3     Defendant City of Seattle is a municipal corporation organized under the laws of the State of Washington, which is located in the Western District of Washington.

2.4     Defendant James K. Dyment is a Seattle police officer and a resident of the Western District of Washington.

2.5     Defendant Sgt. Larry W. Brotherton is a Seattle police officer and a resident of the Western District of Washington.

### III.     JURISDICTION AND VENUE

3.1     This Court has jurisdiction over the Plaintiffs' federal claims under 28 U.S.C. § 1331. This Court has personal jurisdiction over the Defendants as the Defendants reside within the Western District of Washington and were employed by the City of Seattle, Washington, and all acts relevant hereto took place within the city limits of the city of Seattle, Washington.

3.2     Venue in the Western District of Washington is properly placed in that all the Defendants are employed by the City of Seattle and all actions complained of occurred in Seattle, King County, Washington.

### IV.     FACTUAL BACKGROUND

4.1     Plaintiffs Elizabeth C. Andulan and Arriz C. Andulan are sister and brother.

4.2     Plaintiffs resided at 7734 36th Avenue Northeast, Seattle, Washington 98115. The house is owned by the Andulan family.

4.3     On approximately June 14, 2005, at about 11:20 p.m., Plaintiffs heard loud, pounding noises outside which sounded like someone trying to break down their front door.

COMPLAINT - 2
8686 1\andulan\p\complaint

MacDonald Hoague & Bayless
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

4.4    Before Plaintiff Arriz Andulan had a chance to fully open the front door a team of police wearing helmets, masks, flashlights, with guns drawn burst into the house, yelling and knocking him to the floor.

4.5    Defendants Dyment and Brotherton were the sergeants who led the police raid on Plaintiffs' home.

4.6    Without explanation, the invading police officers dragged Mr. Andulan up the stairs, pulling down his sweatpants and underpants in the process and then handcuffed him.

4.7    Plaintiff Elizabeth Andulan had been upstairs on the telephone when she heard someone breaking down the front door of the house. She dropped the phone and looked in the hall to find men dressed in black with guns pointing directly at her.

4.8    The invading police officers with guns drawn yelled repeatedly at Ms. Andulan to crawl to towards them.

4.9    In confusion, Plaintiff Elizabeth Andulan started to walk slowly down the hall. The invading police then yelled to crawl or they would shoot so she got on the floor and crawled.

4.10   The invading police officers handcuffed Ms. Andulan and place her face down on the floor next to her brother. He too was handcuffed.

4.11   Mr. Andulan was face down on the floor with someone's knee on his back, pinning him to the floor.

4.12   Defendant Dyment stood over the couch and then told the Plaintiffs the police had made a mistake. However, the police officers under his command continued to hold the Plaintiffs in the living room.

4.13   After a while one of the officers had Ms. Andulan sign a form stating that nothing was taken from the home.

COMPLAINT - 3
8686 1\andulan\pl\complaint

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206 622 1604  Fax 206 343 3961

4.14   After the police left, the Andulans saw that their home had been damaged. Among other things, the front door was damaged and the security screen door was ripped open, the storm door lock had been forced, the front door had been struck with such force that it caused the deadbolt to be ripped out of the door, the wood surrounding the deadbolt had splintered, and the invading police officers ripped a vinyl wardrobe in such a way that it could no longer be closed.

4.15   Both Plaintiffs were severely traumatized and humiliated by the forced entry into their home in the middle of the night, and both have sought medical care for this trauma. Because of the trauma, they no longer felt safe in their home and moved.

4.16   The Plaintiffs later learned that the police had entered their home and engaged in the acts described above in order to serve a search warrant. The search warrant was issued based on a report from other Seattle police officers indicating, wrongly, that the smell of growing marijuana was coming from Plaintiffs' home.

4.17   The violent manner in which the police executed the search warrant on Plaintiffs' home was unreasonable. The police had no information indicating that the Plaintiffs or others inside their home would refuse to cooperate with the execution of the search warrant or would constitute a threat to the executing officers.

4.18   The City of Seattle has a policy and custom of executing search warrants in the violent and unreasonable manner described above and that policy and custom was the cause of the acts and injuries described above.

4.19   In all the actions described above, the Defendants and the other police officers working with them were acting under color of state law, as agents of the City of Seattle, pursuant to its policies, customs and usages.

COMPLAINT - 4
8686 l\andulan\p\complaint

MACDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961

V.     CAUSES OF ACTION

5.1     The acts and omissions of the Defendants and their agents described above caused Plaintiffs to be deprived of rights guaranteed by the Fourth Amendment to the United States Constitution and 42 U.S.C. § 1983.

VI.     PRAYER FOR RELIEF

6.1     Plaintiffs pray for relief as follows:

A.     General and special damages;

B.     Damages for violation of their civil rights;

C.     Punitive damages from the individual defendants; and

D.     Such other relief as the Court deems just and equitable.

DATED April 4, 2007.

MacDONALD HOAGUE & BAYLESS

By _____
Katrin E. Frank, WSBN 14786
Timothy K. Ford, WSBN 5986
Attorneys for Plaintiffs

COMPLAINT - 5
8686 Pandulan\p\complaint

MacDONALD HOAGUE & BAYLESS
705 Second Avenue, Suite 1500
Seattle, Washington 98104
Tel 206.622.1604  Fax 206.343.3961