The Honorable Ronald B. Leighton

07-CV-00500-ORD

FILED ___ LODGED
___ RECEIVED

MAY 13 2008

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ELIZABETH C. ANDULAN, and ARRIZ C. ANDULAN,<br><br>　　　　　Plaintiffs,<br>　　v.<br><br>CITY OF SEATTLE; SGT. JAMES K. DYMENT; and SGT. LARRY W. BROTHERTON,<br><br>　　　　　Defendants. | NO. C07-0500 RBL<br><br>ORDER ON STIPULATED MOTION TO STAY PROCEEDINGS |

THIS MATTER came before the court on the stipulated motion of the parties to stay proceedings pending the appeal of the court's decision denying qualified immunity on certain claims to the individually-named defendants. Having considered the parties' motion, it is now

ORDERED, all proceedings in this matter are stayed pending resolution of the appeal or until appropriate circumstances to end the stay are presented by motion of the

/ / /

/ / /

/ / /

ORDER ON STIPULATED MOTION TO STAY PROCEEDINGS- 1

C07-0500 RBL
3019-028796 243568

STAFFORD FREY COOPER
PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900  FAX 206.624.6885

parties or a party.

DATED this 13th day of May, 2008.

_[signature]_
Honorable Ronald B. Leighton
U.S. District Court Judge

Presented by:

STAFFORD FREY COOPER

By: /s/ Ted Buck
　　Ted Buck, WSBA #22029
　　Karen L. Cobb, WSBA #34958
Attorneys for Defendants City of Seattle

ORDER ON STIPULATED MOTION TO STAY
PROCEEDINGS- 2

C07-0500 RBL
3019-028798 243568

STAFFORD FREY COOPER

PROFESSIONAL CORPORATION
601 Union Street, Suite 3100
Seattle WA 98101.1374
TEL 206.623.9900 FAX 206.624.6885